## **INDEX OF EXHIBITS**

| Exhibit | Description |
| --- | --- |
| 1 | LEIN Printout |
| 2 | Screen Captures of Sixth Circuit Court Online Records Case ID 2007-216832-FH |
| 3 | Screen Captures of Sixth Circuit Court Online Records Case ID 2007-215287-FH |
| 4 | Screen Captures of Sixth Circuit Court Online Records Case ID 2014-000004201-FH |
| 5 | Screen Captures of Sixth Circuit Court Online Records Case ID 2021-0000047833-FH |